THOMAS F. McGUIRE, Respondent, v. LESTER L. LEVIN, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. A long account is not involved in this action and a compulsory reference is not authorized. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

PHILIP MERKIN, Respondent, v. CONGREGATION KHAL CHASIDIE SKWERE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.

NEPPERHAN CONCRETE PRODUCTS CORPORATION, Appellant, v. PAINO BROS., INC., Defendant, and CLEMENTE CONTRACTING CO., INC., Respondent.— Order denying motion to strike out the first separate defense in respondent's answer and granting appellant's motion to require plaintiff to reply to said defense affirmed, with ten dollars costs and disbursements; the reply to be served within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

O. H. & J. HOLDING COMPANY, INC., Respondent, v. ISAAC GETZLER and MARTIN LEVINSON, Defendants, Impleaded with NATHAN ENGELHARDT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

EMILIA OLSON, Respondent, v. POUGHKEEPSIE & WAPPINGERS FALLS RAILWAY COMPANY, INC., and SPOOR-LASHER COMPANY, INC., Appellants. HANS OLSON, Respondent, v. POUGHKEEPSIE & WAPPINGERS FALLS RAILWAY COMPANY, INC., and SPOOR-LASHER COMPANY, INC., Appellants.— Judgment and orders unanimously affirmed, with costs against each defendant. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CHARLES J. OWENS, Appellant, v. DAVID JALLER, Respondent.— Resettled order setting aside verdict and dismissing complaint and judgment entered thereon reversed on the law and a new trial granted, costs to appellant to abide the event. The court was without authority to dismiss the complaint after motion to dismiss had been made and denied at the close of plaintiff's case and at the close of the whole case. (Dougherty v. Salt, 227 N. Y. 200.) In any event there was ample proof to sustain the verdict. In view of this decision the appeal from the order of June 16, 1932, setting aside the verdict and granting a new trial, is dismissed. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

SALVATORE POLECINO, Respondent, v. EVA PAOLA, Individually and as Executrix, etc., of CARMELA POLECINO, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HARRISON, Appellant.*— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law, information dismissed and defendant discharged, on the ground that there was an abuse of discretion on the part of the trial court in refusing to permit the complainant to withdraw the charge. Lazansky, P. J., Hagarty and Tompkins, JJ., concur; Kapper and Carswell, JJ., dissent and vote to affirm.